```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12840
   KENNETH M CLARK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4861

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/18/2007 and was not confirmed.

      The case was dismissed without confirmation 11/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------

CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00          .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE    11595.66           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY         43107.26           .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED           .00          .00
ACADEMY COLLECTION SERVI  UNSECURED       NOT FILED           .00          .00
BARRY SEROTA & ASSOCIATE  UNSECURED       NOT FILED           .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         4789.32           .00          .00
LATHROP & GAGE            UNSECURED       NOT FILED           .00          .00
HOUSEHOLD METRIS          UNSECURED       NOT FILED           .00          .00
STOCK BUILDING SUPPLY     UNSECURED         8055.17           .00          .00
ROUNDUP FUNDING LLC       UNSECURED         2136.64           .00          .00
ROUNDUP FUNDING LLC       UNSECURED         3216.09           .00          .00
DR STORER                 UNSECURED       NOT FILED           .00          .00
CHICAGO REGIONAL COUNCIL  UNSECURED       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED        16608.24           .00          .00
INTERNAL REVENUE SERVICE  SECURED NOT I     4900.00           .00          .00
CITIMORTGAGE INC          NOTICE ONLY     NOT FILED           .00          .00
CHICAGO REGIONAL COUNCIL  SECURED NOT I    22794.00           .00          .00
COMMONWEALTH EDISON       UNSECURED          462.72           .00          .00
KENNETH E KAISER          DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12840 KENNETH M CLARK
```

```
                                    ---------------     ---------------
TOTALS                                          .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```